**STEPHEN QUADE #156961**
Attorney at Law
2100 Tulare Street, Suite 512
Fresno, California 93721
Telephone (559) 237-2042
Facsimile (559) 237-3966

Attorney for Defendant **SERGIO HERNANDEZ**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-CR-245 LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| SERGIO HERNANDEZ, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between defendant SERGIO HERNANDEZ, through his attorney, STEPHEN QUADE, plaintiff, United States of America, through its counsel of record, Assistant United States Attorney Marlon Cobar hereby stipulate and request the following:

1. The currently scheduled sentencing date of February 6, 2009, at the hour of 9:00 a.m., in courtroom 8 before the HONORABLE JUDGE LAWRENCE J. O'NEILL shall be vacated and reset for sentencing on March 13, 2009, at the hour of 9:00 a.m.
2. The defense has requested the continuance in order to permit a complete review of the Presentence Report with the defendant to allow adequate preparation for formal objections.
3. The defense is awaiting letter of character reference to be provided by defendant's family to attach to a Sentencing Memorandum.
4. The defense is awaiting documents from the Merced County Superior Court to support defendant's contention that his criminal history is overstated.

5.  The continuance will allow the defendant's sentencing date to coincide with that of co-defendant Maximino Flores.

DATE: January 30, 2009                                            /s/ STEPHEN QUADE
                                                                  Attorney for Defendant
                                                                  SERGIO HERNANDEZ

DATE: January 30, 2009                                            /s/ MARLON COBAR
                                                                  Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED** that the currently scheduled sentencing be vacated and reset for March 13, 2009, at the hour of 9:00 a.m., in courtroom 8 for the defendant SERGIO HERNANDEZ.

**IT FURTHER APPEARING** that the continuance would permit the defense to conduct necessary investigation and adequate preparation for the objection to the Presentence Report in this case.

IT IS SO ORDERED.

**Dated:     February 2, 2009**                        /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE